IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
SUBSCRIBING TO POLICY M121193975
      Plaintiff,

v.    Civil No. 5:21-cv-01244-JMG

ROCKWELL TACTICAL GROUP, LLC, *et al.,*
      Defendants.

# O R D E R

**AND NOW,** this 24th day of August, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

      Kate Barkman
      Clerk of Court

      By:

      */s/ Brian R. Dixon*
      Brian R. Dixon
      Deputy Clerk to Judge John M. Gallagher